FILED
2017 Jun-29 AM 09:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| YASIR ARFAT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:17-cv-0082-VEH-TMP |
| ) | |
| JEFFERSON B. SESSIONS, *et al.*; ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on March 14, 2017, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc. 8). No objections to the report and recommendation have been filed. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

It is therefore **ORDERED** that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause be and hereby is **DENIED** and **DISMISSED** as **MOOT**.

**DONE** and **ORDERED** this 29th day of June, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge